

# MEMORANDUM ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

June 22, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2022

<u>VIA ECF</u>
Hon. Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re:  *Shuxiang Zheng v. Mayorkas, et al.*, No. 22 Civ. 3163 (GHW)

Dear Judge Woods:

      This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Application to Register Permanent Residence or Adjust Status (Form I-485) and a Refugee/Asylee Relative Petition (Form I-730). On behalf of the government, I write respectfully to request a sixty-day extension of the time to respond to the complaint (*i.e.*, from June 24, 2022, to August 23, 2022). In addition, I respectfully request that the initial pretrial conference presently scheduled for August 8, 2022, be rescheduled for a date during the week of September 6, 2022, or thereafter (with a corresponding extension of time for the preconference submission). *See* ECF No. 15.[1]

      I respectfully request this extension and adjournment because USCIS issued a Request for Evidence relating to the Form I-485 and needs to allow time for the plaintiff to respond and then additional time to determine next steps, which could render a portion of the complaint moot. In addition, USCIS is in the process of evaluating the Form I-730 and needs additional time to consider next steps, which may include a Request for Evidence, Notice of Intent to Deny, or other adjudicatory action. This is the government's first request for an extension of the deadline to respond to the complaint and an adjournment of the pretrial conference. Plaintiff consents to these requests.

---

[1] Counsel for the government will not be available from August 5, 2022, through August 12, 2022.

I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   <u>s/ *Jacqueline Roman*</u>
JACQUELINE ROMAN
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (347) 714-3363
E-mail: jacqueline.roman@usdoj.gov
*Attorney for Defendants*

cc:  Counsel of record (via ECF)

Application granted. The deadline for Defendants to answer or otherwise respond to the complaint is extended to August 23, 2022. The initial pretrial conference scheduled for August 8, 2022 is adjourned to September 6, 2022 at 2:00 p.m. The joint status letter and proposed case management plan described in the Court's June 12, 2022 order, Dkt. No. 15, are due no later than August 30, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 16.

SO ORDERED.

Dated:  June 22, 2022
New York, New York

GREGORY H. WOODS
United States District Judge