

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 19, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___8/19/2022___

# MEMORANDUM ENDORSED

VIA ECF
Hon. Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:  ***Shuxiang Zheng v. Mayorkas, et al.*, No. 22 Civ. 3163 (GHW)**

Dear Judge Woods:

This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Application to Register Permanent Residence or Adjust Status (Form I-485) and a Refugee/Asylee Relative Petition (Form I-730).  On behalf of the government, I write respectfully to request a sixty-day extension of the time to respond to the complaint (*i.e.*, from August 23, 2022, to October 24, 2022).[1]  In addition, I respectfully request that the initial pretrial conference currently scheduled for September 6, 2022, be adjourned to November 7, 2022 or thereafter (with a corresponding extension of time for the preconference submission).

I respectfully request this extension because USCIS conducted an interview and issued a Request for Evidence relating to the Form I-485 and needs additional time to determine next steps, which may potentially render a portion of the complaint moot.  In addition, USCIS is in the process of evaluating the Form I-730 and needs additional time to consider possible further action, which may include a Request for Evidence, Notice of Intent to Deny, or other adjudicatory action.  This is the government's second request for an extension of the deadline to respond to the complaint and an adjournment of the pretrial conference.  The Court granted the prior request.  *See* ECF No. 17. Plaintiff consents to this request.

---

[1] Given that a sixty-day extension falls on Saturday, October 22, 2022, the deadline would be extended to Monday, October 24, 2022.  *See* Fed. R. Civ. P. 6(a)(1).

Page 2

I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   s/ *Jacqueline Roman*
JACQUELINE ROMAN
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (347) 714-3363
E-mail: jacqueline.roman@usdoj.gov
*Attorney for Defendants*

cc:  Counsel of record (via ECF)

Application granted.  The deadline for Defendants to answer or otherwise respond to the complaint is extended to October 24, 2022.  The initial pretrial conference scheduled for September 6, 2022 is adjourned to November 16, 2022 at 4:30 p.m.  The joint status letter and proposed case management plan described in the Court's April 25, 2022 order, Dkt. No. 11, are due no later than November 9, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.

SO ORDERED.

Dated: August 19, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge